UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANNETTE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:21-cv-00253-HAB-SLC |
| vs. | ) |
| | ) |
| CASILO CONSULTING, LLC. | ) |
| DBA VECTOR SERVICES, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DEFAULT JUDGMENT

Comes now, Plaintiff, Annette Smith, by counsel, and hereby moves this Court for an entry of default judgment, in accordance with FRCP 55(b)(2), as to Defendant Casilo Consulting, LLC d/b/a Vector Services, upon the Complaint previously filed and served in this matter. On January 14, 2022, the Clerk entered a default against Defendant, and Plaintiff now prays that the Court set this matter for a hearing on damages.

January 31, 2022

/s/ *Robin C. Clay*
Robin C. Clay (Atty No. 22734-49)
CURLIN & CLAY LAW ASSN. OF ATTORNEYS
8510 Evergreen Avenue, Ste. 200
Indianapolis, IN  46240
rclay@curlinclaylaw.com
T: (317) 202-0301
F: (317) 282-0688

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically, on this 31st day of January 2022. Notice of this filing will be sent by operation of the court's electronic filing system. Notice of this motion was also served by U.S. First Class Mail, upon:

Casilo Consulting LLC DBA Vector Services
2733 Samuelson Rd.
Portage, IN 46368

*s/ Robin C. Clay*

_____

Robin C. Clay